**IT IS ORDERED as set forth below:**

**Date: October 2, 2020**

_____

Jeffery W. Cavender
U.S. Bankruptcy Court Judge
**Signed as Revised by the Court**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| VINSON GWINN | : | CHAPTER 13 |
| | : | |
| Debtor. | : | CASE NO.: 18-54590-JWC |

==================================================================

**CONSENT ORDER GRANTING
DEBTOR'S MOTION TO SELL PROPERTY OF THE ESTATE**

This matter arose upon Debtor's Motion to Sell Property of the Estate (the "Motion") (Doc.No. 41).

A hearing was held on September 22, 2020. Appearances were made by Howard Slomka, counsel for Debtor and Julie Anania, counsel for Chapter 13 Trustee. The Motion seeks Court approval to sell property of the estate located at 2795 Ben Hill Road (the "Property"), and to pay

off all liens on the Property and attorneys fees for the Motion.

Chapter 13 Trustee does not oppose the Motion and consents to the relief sought therein subject to the terms of this Consent Order.

After review of the record and pleadings in this case, and for good cause shown, it is hereby

**ORDERED** that Debtor's Motion is GRANTED.  The sale of the Property can proceed without further approval of the Court.

**IT IS FURTHER ORDERED** that all liens secured by the real property (held by HUD or otherwise appearing in the title commitment) shall be paid in full direct from closing proceeds, and shown on the closing statement for the sale.   Additionally, proceeds of the sale in the amount of $17,000.00 shall be remitted directly by the closing attorney to the Chapter 13 Trustee to pay all claims in full under the plan. It is also ordered that a single payment to Debtor's Counsel of $750 for the costs to bring this Motion is granted and shall be paid at closing. In the event of any shortfall, the sale shall remain subject to the express written approval of the Chapter 13 Trustee and mortgage lien holders, and the Debtor shall continue to make regular monthly payments to the Trustee as required by the plan.

**IT IS FURTHER ORDERED** that mortgage lenders shall be permitted to submit an updated payoff demand to the applicable escrow or title company facilitating the sale so that their claims are paid in full at the time the sale of the Property is finalized. In the event that the sale of the Property does not take place, all mortgage lenders shall retain their lien for the full amount due under the applicable loan contracts.

**IT IS FURTHER ORDERED** that Debtor will file an objection to the mortgage lender's

proof of claim if the claim has not been withdrawn or amended within 30 days following the closing of the sale. Debtor will provide a copy of the closing statement to the Chapter 13 Trustee within 10 days of the closing of the sale or will notify the Trustee if the sale in unable to be completed.

END OF ORDER

Prepared by: /s/
Howard Slomka, Esq.
Attorney for Debtor
Georgia Bar No. 652875
Slipakoff & Slomka, PC
3350 Riverwood Pkwy
Suite 2100
Atlanta, GA 30339

**CONSENT BY:**

     /s
Julie Anania
Ga Bar #  477064
Nancy J. Whaley, Trustee
Suite 120, SunTrust Garden Plaza
303 Peachtree Center Avenue
Atlanta, GA 30303

DISTRIBUTION LIST:

Howard P. Slomka
3350 Riverwood Parkway, Suite 2100
Atlanta, GA 30339

Nancy J. Whaley, Trustee
Suite 120, SunTrust Garden Plaza
303 Peachtree Center Avenue
Atlanta, GA 30303

Vinson Gwinn
2790 Ben Hill Rd SW
Atlanta, GA 30344